IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01354-AP

JEFFREY J. MONDRAGON
        Plaintiff,

   v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
        Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rachael A. Lundy
Attorney
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**     **Date Complaint Was Filed:** May 24, 2013

      **B.**     **Date Complaint  Was Served on U.S. Attorney's Office:** July 15, 2013

      **C.**     **Date Answer and Administrative Record Were Filed:** September 13, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties are not aware of any other matters.

**8.  BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:** November 12, 2013
    **B.     Defendant's Response Brief Due**: December 12, 2013
    **C.     Plaintiff's Reply Brief (If Any) Due:** December 30, 2013

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**   Plaintiff does not request oral argument.

    **B.     Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

            ***Indicate below the parties' consent choice.***

    **A.     (   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.**


DATED this 2nd day of October 2013.

BY THE COURT:

**s/John L. Kane**
U.S. DISTRICT COURT JUDGE


APPROVED:

John F. Walsh
United States Attorney

s/Rachael A. Lundy                          **By:** s/ *Alexess D. Rea*
Rachael A. Lundy                            Alexess D. Rea
Attorney                                    Special Assistant U.S. Attorney
402 W. 12th Street 81003                    1961 Stout St., Suite 4169
Pueblo, CO 81003                            Denver, CO 80294-4003
(719) 543-8636                              (303) 844-7101
(719) 843-8403 (facsimile)                  (303) 844-0770 (facsimile)
seckarlaw@mindspring.com                    alexess.rea@ssa.gov

Attorney for Plaintiff                      Attorneys for Defendant